**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Jay Merkel, | ) | Case No. 1:13-cr-077-4 |
| | ) | |
| Defendant. | ) | |

The court held a status conference with the parties on July 13, 2015, to discuss the contents of a letter received by the court from defendant on July 10, 2015. Pursuant to its discussion with defendant, the court shall appoint attorney Theodore Sandberg to represent him.

Accordingly, attorney Benjamin C. Pulkrabek is **GRANTED** leave to withdraw as defense counsel. Attorney Theodore Sandberg shall be substituted as counsel of record for defendant.

**IT IS SO ORDERED.**

Dated this 13th day of July, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court